BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
MICHAEL D. ANDERSON
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NICASIO ROMAN,<br><br>　　　　　Defendant. | CASE NO. 2:10-cr-289 KJM<br><br>ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO COMPEL FINGERPRINTS |

**IT IS HEREBY ORDERED** that the defendant Nicasio Roman shall provide fingerprints to the fingerprint analyst designated by the government for purposes of fingerprint comparison.

DATED:  April 11, 2012.

_____
UNITED STATES DISTRICT JUDGE